## Commonwealth *v.* Perkins, Appellant.

Argued June 13, 1969. *Yates Mast,* for appellant; *Charles C. Brown, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence and order affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Pope, Appellant.

Argued June 11, 1969. *James McGirr Kelly,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.